FILED
November 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003886895

Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
707-425-3358
707-359-0211 Facsimile

Attorney for the Debtor(s)
GARY M. GRESS and JUDY GRESS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In re

GARY M. GRESS
XXX-XX-2431

JUDY GRESS
XXX-XX-5796

Debtor(s).

Case No.: 11-41694-E-7

Chapter 7

DC No.: SNM-1

**MOTION FOR AN ORDER APPROVING ABANDONMENT OF PROGRESSIVE CONSTRUCTION & DESIGN (A SOLE PROPRIETORSHIP)**

Date: December 1, 2011
Time: 10:30 a.m.
Courtroom: 33, 6th Floor
Judge: Ronald H. Sargis

TO THE HONORABLE BANKRUPTCY JUDGE,

The Motion of Gary M. Gress respectfully represents:

1. Movant filed a voluntary petition for relief under Title 11 of the United States Code on September 7, 2011.

2. At the time of the entry of the order for relief debtors were in possession of the following described property: Progressive Construction & Design (a sole proprietorship), located at 2400 Cement Hill Road, Fairfield, CA 94533, consisting of personal property described on Schedule B and as more particularly described on debtors declaration filed herewith.

3. The property so described is claimed as exempt by the debtor under CCP § 703.140(b)(6) and no administration by the trustee is contemplated.

1

4. Movant desires to continue to operate said business during the pending of the bankruptcy proceeding, and require an order of abandonment under Bankruptcy Rule 6007.

WHEREFORE, Movant prays that the trustee in the above-stated case be required to abandon said personal property and for such other and further relief as is just and proper.

Dated: November 8, 2011  /s/ Stephen Murphy
STEPHEN MURPHY
Attorney for Debtor(s)